## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID FLOYD,                          :        Civil No. 3:13-cv-578
                                      :
           Plaintiff                  :        (Judge Mariani)
                                      :
      v.                              :
                                      :
LT. OLSHEFSKI, et al.,                :
                                      :
           Defendants                 :

## ORDER

**AND NOW**, this 22ND day of February, 2016, in accordance with the

Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1.   Defendants' motion for reconsideration, (Doc. 48), is **DENIED**.

2.   Discovery, limited to exhaustion of administrative remedies, shall be
     completed on or before April 22, 2016.

3.   Any dispositive motions shall be filed on or before May 23, 2016.

4.   Plaintiff's motion to strike (Doc. 50) the motion for reconsideration is **DENIED**.


Robert D. Mariani
United States District Judge