## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID FLOYD,                          :        Civil No. 3:13-cv-578
                                      :
      Plaintiff             :        (Judge Mariani)
                                      :
    v.                           :
                                      :
LT. OLSHEFSKI, *et al.*,              :
                                      :
      Defendants            :

## ORDER

**AND NOW**, this 22nd day of February, 2016, in accordance with the

Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1.    The motion (Doc. 51) to produce material for discovery is **GRANTED** in part
and **DENIED** in part as discussed in the Court's accompanying Memorandum.

    a.    The motion is granted as to discovery requests 1, 2, 5, and 6. On or
before March 23, 2016, Defendants shall provide full and complete
responses to Plaintiff's discovery requests 1, 2, 5, and 6.

    b.    The motion is denied as to discovery requests 3, 4, 7, 8, 9, and 9.

2.    The request for the appointment of counsel is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge